GUARANTY TRUST COMPANY OF NEW YORK, as Trustee, et al., Respondents, *v.* MARY L. C. FISK et al., Appellants, Impleaded with Others.

(Argued January 15, 1936; decided January 31, 1936.)

*Henry B. Johnson* and *Frederick C. Bangs* for appellants.

*Frank C. Laughlin, Dudley Miller* and *Stewart W. Bowers* for Lewis L. Clarke, as successor trustee, respondent.

*Logan Fulrath* and *Otis T. Bradley* for Guaranty Trust Company of New York, as trustee, respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Dissenting: CRANE, Ch. J., and FINCH, J.